FULL NAME: Robert Genel

COMMITTED NAME (if different):

FULL ADDRESS INCLUDING NAME OF INSTITUTION: 9500 ETiwanda avenue. Rancho Cucamonga, CA. 91739

PRISON NUMBER (if applicable): #2103080066

FILED
CLERK, U.S. DISTRICT COURT
FEB 2 2 2023
CENTRAL DISTRICT OF CALIFORNIA
BY FFC    DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Robert Genel
PLAINTIFF,

v.

San Bernadino County, Sheriffs Department.
DEFENDANT(S).

CASE NUMBER: EDCV23-00299-JFW(DFM)
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☐ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes  ■ No

2. **If your answer to "1." is yes, how many?** _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit: N/A
   Plaintiff _____

   Defendants _____

b. Court _____

c. Docket or case number _____
d. Name of judge to whom case was assigned _____
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____
f. Issues raised: _____

g. Approximate date of filing lawsuit: _____
h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ■ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ■ Yes  ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ■ Yes  ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff **Robert Genel # 2103080066**
(print plaintiff's name)
who presently resides at **9500 ETiwanda ave, R.C. CA. 91739**,
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
**West Valley detention Center, San Bernadino County**
(institution/city where violation occurred)

on (date or dates) __3-15-22__, _____, _____.
                        (Claim I)            (Claim II)         (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Mitchelle__ resides or works at
   (full name of first defendant)
   __West Valley detention Center. 9500 ETiwanda ave__
   (full address of first defendant)                     __R.C. CA. 91739__
   __Physcian or Doctor.__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   He forced me to do medication when I wasnt on any medications and when I was exsperincing hart problems. Almost causing me to Die.

2. Defendant __Goody__ resides or works at
   (full name of first defendant)
   __West Valley detention Center. 9500 ETiwanda ave__
   (full address of first defendant)                     __R.C. CA. 91739__
   __Sargent. Deputy sheriff.__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   He gave the order to Inject me with Deadly medication when I was having heart problems and Locked me in A cell to Die.

3. Defendant __Padilla__ resides or works at
   (full name of first defendant)
   __West Valley detention center. 9500 ETiwanda ave__
   (full address of first defendant)                     __R.C. CA. 91739__
   __Deputy sheriffs.__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   He's one of the officers who restraind me and Brutaly forced me to do Medication by Injection almost causing me to Die and who Locked me in A cell and denied me medical attention when I was having A Heart Attack.

4. Defendant **Rosas** (full name of first defendant) resides or works at **west Valley detention Center. 9500 ETiwanda, ave R.C. CA. 91739** (full address of first defendant)
**Deputy Sheriff.** (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:
Hes one of The officers who brutley Forced me to do Deadly Medication by Injection & Forced me in A Cell To die.

5. Defendant **Unknowen** (full name of first defendant) resides or works at **west Valley detention center. 9500 ETiwanda ave R.C. CA. 91739** (full address of first defendant)
**R.N. Nurse** (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:
She's The one who knowingly Injected Me with Dangerious and deadly medication when I was having Heart problems and problems breathing and Locked me in A Cell and denied me medical attention almost Causing me To die. I wasn't on any medications Prior To The ones Perscribed To me by Mitchelle in west Valley detention Center. I refused To Take There Medication because I dont need medication or want medication and because I was having Trouble breathing and my heart was hurting: I feel That Physcian Mitchell the Nurse and officers Did so know and willingly caused me harm and Tryed To cause me Death By poisioning me and over Doseing me with deadly and dangerious medication which almost Caused me Death. even After I Informed Them of my Heart problems and Breathing Problems Caused by There medications.

D. **CLAIMS***

**CLAIM I**

The following civil right has been violated:

On or around 3-15-2022 in West Valley detention Center my Civil rights and US constitutional rights where violated my Eight Amendment of the U.S. Constitution was Violated "Crule and Unusal punishment" also Crulety to Human, Crulety to Inmate, Brutality to Inmate, Atempted Murder on Inmate, Endangerment of Inmate, Poisioning Inmate with perscription medication, Atempted overdose of Inmate with Medications not perscribed to Me by A Doctor in A Hospital or Supervised and Administered to me by A Doctor in A Hospital, Abandonment of Human Leaving Inmate to Die and denieing him Medical Attention when he was in need almost resulting in Death.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On or around 3-15-2022 in ZE Dayroom which should be on Video and audio. Via The Jail security System in The Housing Unit. Also on recorded Audio Conversation Interview with Several deputys I explained to them why I was refusing to take physcians Mitchelles medications because I was having Trouble breathing and my heart and chest where Hurting Do to his Medication and do to his High Dosage and Because I wasnt on any medications Prior to his JBTC Program and He was Trying to Hurt me or Kill me with medication beacuse I called him a Lame I Also Told Them I wasn't Taking any of his Medications because I didnt Trust him and

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

because I wasn't evaluated by a doctor in A Hospital or I wasn't doing any medications Unless supervised by a doctor 24 hours a day Seven days a week in A Hospital where I can get medical attention in seconds in case the medication has side effects or Causes harm or death. Because All Medicins are Considered Dangerious and deadly. Even After I Told Them All that and asked To be Taken To The Hospital or Transfered To A State Hospital and asked To See A Doctor because I was having Trouble breathing and my Heart and Chest where Hurting Do To physicians Mitchelles perscribed Medication and do to his High Doseage, which on Three Kicks and in person I asked him To Change The perscription and Lower The Dosage. He Then added another perscription and Highered the Dosage. The physician and Nurse as well as The Deputys and Sargent Did so and Knowingly restraing me in Handcuffs and shackles Brutaly Forcing me To do leathal and dangerious Medication By Injection when I was neen of Medical attention and Brutaly forcing and Locking me in A Cell almost Causing me To Die and Dening me medical attention Feels The Incident should be recorded on The Jails Security System and the recorded Interview should be all the Facts I need. Thank you Very much

September 22, 2022            Robert Genel
_____            _____
(Date)                     (Signature of Plaintiff)



